IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

*CLERK'S OFFICE U.S. DISTRICT COURT AT ROANOKE VA. - FILED*
*JUL 02 2009*
*BY: JOHN F. CORCORAN, CLERK / DEPUTY CLERK*

| | |
|---|---|
| PRESTON WILSON, <br> Plaintiff, | Civil Action No. 7:09-CV-00261 |
| v. | **FINAL ORDER** |
| NURSE HAWKS, <br> Defendant. | By: Samuel G. Wilson <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), plaintiff's motion for leave to proceed in forma pauperis [Docket #2] is **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 2nd day of July, 2009.

_____
United States District Judge